**96–2441. State v. Vicks.**

Geauga App. No. 96–G–1995. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**96–2461. State v. Payne.**

Cuyahoga App. No. 69858. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and STRATTON, JJ., dissent.

**96–2462. State v. Wells.**

Stark App. No. 95CA374. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**96–2484. State v. Morgan.**

Cuyahoga App. No. 70407. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**96–2487. State v. Bragg.**

Cuyahoga App. No. 70461. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**96–2493. State v. Allen.**

Darke App. No. 1390. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, COOK and STRATTON, JJ., dissent.

**96–2516. United States Fid. & Guar. Co. v. Lightning Rod Mut. Ins. Co.**

Washington App. Nos. 95CA27 and 95CA29. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue of the exclusion of liability coverage for the operation of a vehicle to deliver pizzas under the facts of this case when the vehicle is "being used to carry persons or property for a fee." *Colonial Ins. Co. of California v. Jermann* (1995), 102 Ohio App.3d 384, 657 N.E.2d 336, is the conflicting case.

RESNICK and F.E. SWEENEY, JJ., dissent.

**96–2661. State v. Fretz.**

Summit App. No. 17999. On motion for stay of the court of appeals' judgment. Motion denied.